1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division
4  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        lloyd.farnham @ usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:14-CR-00642 MMC |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL |
| JAHNAI CARTER, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment with prejudice, based on the Defendant's successful completion of a term of post-conviction diversion.

DATED:

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

_____
DANIEL KALEBA
Deputy Chief, Criminal Division

# [~~PROPOSED~~] ORDER

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, leave is granted to the government to dismiss the indictment as to defendant Jahnai Carter. All conditions of pretrial release are vacated and the bond and surety are exonerated.

DATED: FEB 2 8 2018

_____
HON. MAXINE M. CHESNEY
United States District Judge

NOTICE OF DISMISSAL
US v. JAHNAI CARTER, No. 3:14-CR-00642 MMC